Recurrido.—Recurso gubernativo. Diciembre 14, 1917. *Confirmada la nota recurrida.*

No. 344. Tellado, Recurrente, *v.* Registrador de Caguas, Recurrido.—Recurso gubernativo. Diciembre 14, 1917. *Confirmada la nota recurrida.*

No. 1628. Padovani, Apelado, *v.* New Corsica Centrale Corporation, Apelante. — Traslado de pleito. Mayagüez. Diciembre 17, 1917. *Desistida la apelación.*

No. 1585. New Corsica Centrale Corporation, Apelante, *v.* Ana María Sugar Company et al., Apelados.—Inexistencia de prórroga de contrato, etc. Mayagüez. Diciembre 17, 1917. *Desistida la apelación.*

No. 1512. Goffinet et al., Apelados, *v.* Sánchez, Apelante.—*Injunction.* Humacao. Diciembre 18, 1917. *Desestimada la apelación.*

No. 212. Ramírez et al., Peticionarias, *v.* Foote, Juez Distrito Mayagüez, Demandado.—*Certiorari.* Diciembre 18, 1917. *No ha lugar a expedir el auto.*

No. 1639. Porto Rico Mosaic Co., Apelada, *v.* Municipio de Ponce, Apelante.—Cobro de dinero. Ponce. Diciembre 19, 1917. *Desestimada de oficio la apelación.*

No. 1657. Fernández, Apelante, *v.* Manrique et al., Apelados.—Embargo de frutos. Humacao. Diciembre 19, 1917. *Desestimada de oficio la apelación.*